IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. CHURCH,

    Plaintiff,                       No. CIV S-09-0068 GEB DAD PS

    vs.

XTREMESTRUCTURES INC.,         ORDER TO SHOW CAUSE

    Defendant.
_____/

        Plaintiff commenced this fee paid action by filing his pro se complaint on January 8, 2009. On January 9, 2009, civil new case documents, including a summons for service by plaintiff on defendant were issued by the Clerk of the Court and mailed to plaintiff at his address of record. Those documents were not returned to the court as undeliverable or otherwise. On January 13, 2009, the court issued an order setting status (pretrial scheduling) conference for May 8, 2009, before the undersigned. The order advised plaintiff of the requirements for service of his complaint under Rule 4(m) of the Federal Rules of Civil Procedure. (Order Setting Status (Pretrial Scheduling) Conference filed January 13, 2009, at 2.) The order also required that plaintiff file and serve a written status report on or before April 24, 2009 and to appear at the status conference either in person or telephonically. (Id.) Plaintiff did not comply with the order.
/////

1

This matter then came before the court on May 8, 2009 for a Status (Pretrial Scheduling) Conference. Plaintiff Richard J. Church, proceeding pro se in this action, made no appearance. No appearance was made on behalf of defendant Xtremestructures Inc. and it appears uncertain whether the defendant has been properly served with the summons and complaint and the order setting status conference.

The docket reflects that plaintiff did not file a Status Report as required by the court's January 13, 2009 Order Setting Status (Pretrial Scheduling) Conference. Indeed, the docket reveals that the only documents filed by plaintiff in this action since the complaint was filed, were both received by the court on January 26, 2009. (Doc. No. 5.) On that date the court received plaintiff's completed form consenting to Magistrate Judge jurisdiction and a return of service form dated January 23, 2009, in which a Nicole Van Hood, 7350 Kirby Drive #30, Houston, TX 77030, declares that she served plaintiff's complaint by certified mail pursuant to Rule 4(h)(1)(8). (Id.)

Plaintiff has not filed with the court a Notice of Change of Address as would be required if he has moved. The court notes, however, that no document served on plaintiff by the court has been returned as undeliverable. Moreover, the order setting status conference concludes with the following admonition:

> The pro se plaintiff is cautioned that failure to file a timely status report or failure to appear at the Status Conference either in person or telephonically may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 11-110, 83-183.

(Order Setting Status (Pretrial Scheduling) Conference filed January 13, 2009, at 3.)

In light of plaintiff's failure to file a Status Report, failure to appear at the Status (Pretrial Scheduling) Conference, and failure to take any steps to litigate his case, grounds clearly exist for recommending to the assigned District Judge that this action be dismissed without prejudice for failure to prosecute and for failure to comply with court orders and applicable rules.

2

Nonetheless, out of an abundance of caution and in light of plaintiff's pro se status, the court will instead issue this order to show cause. If plaintiff does not wish to pursue this action, he should so advise the court in his response to the order to show cause.

Accordingly, the court HEREBY ORDERS that:

1. Plaintiff show cause in writing within fourteen days of the date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

2. The Clerk of the Court is directed to serve this order on plaintiff at both his address of record and c/o Nicole Van Hood, 7350 Kirby Drive #30, Houston, TX 77030.

DATED: May 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.prose\church0068.osc