1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD J. CHURCH,

11          Plaintiff,                    No. CIV S-09-0068 GEB DAD PS

12      vs.

13   XTREMESTRUCTURES INC.,               ORDER RESETTING STATUS
                                          (PRETRIAL SCHEDULING)
14          Defendant.                    CONFERENCE

15   _____/

16          By order filed January 13, 2009, this case was set for Status (Pretrial Scheduling)

17   Conference on May 8, 2009.  After plaintiff failed to file a status report and did not attend the

18   status conference, he was ordered to show cause why this case should not be dismissed.  Plaintiff

19   states in his timely response that he did not receive the court's order.  The undersigned finds that

20   the docket does not reflect timely service of the order setting status conference.[1]

21          Accordingly, IT IS ORDERED that:

22          1.  The court's May 15, 2009 order to show cause (Doc. No. 7) is discharged.

23          2.  The Status (Pretrial Scheduling) Conference is reset for **Friday, July 10, 2009,**

24   **at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

25   _____

26      [1]  The docket now reflects that the Clerk of the Court served the order upon plaintiff by
mail on June 9, 2009, in response to plaintiff's request for a copy.

1

1    3.  Plaintiff is advised that Rule 4(m) of the Federal Rules of Civil Procedure

2  provides that **an action may be dismissed against a defendant on whom proper service of**

3  **process was not completed within 120 days from the date the complaint was filed**.

4    4.  Plaintiff shall serve a copy of this order upon the defendant by regular mail and

5  shall file with the Clerk of the Court a certificate of such service.

6    5.  Plaintiff shall also serve on defendant a copy of the Notice of Availability of

7  Magistrate Judge and a copy of the consent form provided by the Clerk of the Court on January

8  9, 2009.

9    6.  Parties shall appear at the Status Conference by counsel or, if proceeding <u>in</u>

10  <u>propria</u> <u>persona</u>, on their own behalf.  Parties may appear in person or telephonically.  To arrange

11  telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the

12  undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status

13  (Pretrial Scheduling) Conference.

14    7.  Plaintiff shall file and serve a written status report on or before **June 26, 2009,**

15  and defendant shall file and serve a status report on or before **July 3, 2009**.  Each status report

16  shall address all of the following matters:

17    a.    Progress of service of process;

18    b.    Possible joinder of additional parties;

19    c.    Any expected or desired amendment of the
         pleadings;

20

21    d.    Jurisdiction and venue;

22    e.    Anticipated motions and the scheduling thereof;

23    f.    Anticipated discovery and the scheduling thereof,
         including disclosure of expert witnesses;

24    g.    Future proceedings, including the setting of
         appropriate cut-off dates for discovery and for law
25       and motion, and the scheduling of a final pretrial
         conference and trial;

26

h.     Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i.     Whether the case is related to any other case, including matters in bankruptcy;

j.     Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

k.     Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l.     Any other matters that may aid in the just and expeditious disposition of this action.

8. Plaintiff is cautioned that failure to file a timely status report or failure to appear at the status conference may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 11-110 and 83-183.

DATED: June 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\church0068.orsc

3