IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD J. CHURCH,

    Plaintiff,                      No. CIV S-09-0068 GEB DAD PS

    vs.

XTREMESTRUCTURES INC.,

    Defendant.                   <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, has requested dismissal of this action. Defendant has not made an appearance in the action. Good cause appearing, IT IS ORDERED that:

        1. The Status (Pretrial Scheduling) Conference set for July 17, 2009 before the undersigned is dropped from the calendar;

        2. Plaintiff's motion for voluntary dismissal of this action (Doc. No. 11) is granted pursuant to Federal Rule of Civil Procedure 41(a)(1); and

        3. The Clerk of the Court is directed to close this case.

DATED: July 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\church0068.voldism